ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendant*
AAP Implants, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD RONALD TUBIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-02347-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED, between Plaintiff HOWARD RONALD TUBIN, by and through his counsel of record, Bartoldo Baker Carter & Smith, and Defendant, AAP IMPLANTS, INC., by and through its counsel of record, Greenberg Traurig, LLP, that the deadline within which Defendant may file and serve a response to Plaintiff's complaint is hereby extended from January 26, 2021 to February 25, 2021.

/ / /

1

*ACTIVE 50656342v1*

1  IT IS SO STIPULATED AND AGREED.

2  Dated this 26th day of January 2021.

3  **BERTOLDO BAKER CARTER & SMITH**       **GREENBERG TRAURIG, LLP**

By: */s/ Lindsay K. Cullen*                By: */s/ Eric W. Swanis*
LINDSAY K. CULLEN, ESQ.                    ERIC W. SWANIS, ESQ.
Nevada Bar No. 12364                       Nevada Bar No. 006840
BRETT A. CARTER, ESQ.                      10845 Griffith Peak Drive
Nevada Bar No. 5904                        Suite 600
7408 West Sahara Avenue                    Las Vegas, Nevada 89135
Las Vegas, Nevada 89117                    Telephone: (702) 792-3773
Telephone: (702) 228-2600                  Facsimile: (702) 792-9002
Facsimile: (702) 228-2333                  swanise@gtlaw.com
Lindsay@NVLegalJustice.com                 *Counsel for Defendant*
Carter@NVLegalJustice.com                  AAP Implants, Inc.
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

DATED: January 27, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 26, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
*Counsel for Plaintiff*

*/s/ Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP

3