Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.  702.784.5200
Fax.  702.784.5252
Email:  vcrawford@swlaw.com
          ddavis@swlaw.com

*Attorneys for Defendant Howmedica Osteonics Corp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD RONALD TUBIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive<br><br>Defendants. | Case No. 2:20-cv-02347-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HOWMEDICA OSTEONICS CORP TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendant and Howmedica Osteonics Corp[1] ("HOC") submit the following Stipulation to allow Defendant two additional weeks from the current response deadline of January 29, 2021 by which to respond to Plaintiff's Complaint filed on December 31, 2020.  Pursuant to the agreement of the parties, HOC shall have until February 12, 2021 to file its responsive pleading to Plaintiff's Complaint.

---

[1] The correct name of this Defendant, identified in the caption as Howmedica Osteonics Corporation, is "Howmedica Osteonics Corp" (no period after "Corp").

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party. The purpose of the extension is to allow HOC's counsel an adequate opportunity to review the pleadings and prepare the appropriate response.

Dated: January 28, 2021.

**BERTOLDO BAKER CARTER & SMITH**

By: */s/ Lindsay K. Cullen*
    Lindsay K. Cullen, Esq.
    Brett A. Carter, Esq.
    7408 West Sahara Ave.
    Las Vegas, NV 89117

*Attorneys for Plaintiff*

Dated: January 28, 2021.

**SNELL & WILMER, L.L.P.**

By: */s/ Dawn L. Davis*
    Vaughn A. Crawford, Esq.
    Dawn L. Davis, Esq.
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, NV 89169

*Attorneys for Defendant Howmedica Osteonics Corp*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2021