LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email address:
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARD RONALD TUBIN, individually, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-02347-APG-DJA <br><br> **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

COMES NOW Plaintiff HOWARD TUBIN, by and through his attorneys of record, Lindsay K. Cullen, Esq., and Brett A. Carter, Esq., of BERTOLDO, BAKER, CARTER AND SMITH, and Defendants, DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; and DEPUY ORTHOPAEDICS, INC. (collectively, "DePuy Defendants"), through their counsel, BARNES &

THORNBURG LLP and KAEMPFER CROWELL, and states that they met and conferred to discuss the pending dispute and hereby stipulates as follows:

**WHEREAS**, on or around December 31, 2020, Plaintiff commenced this action by filing a First Amended Complaint in the United States District Court for the District of Nevada, *Howard Ronald Tubin v. DePuy Synthes Sales, Inc., et al.*, 2:20-cv-02347-APG-DJA;

**WHEREAS**, on January 22, 2021, the parties moved this Court to extend time for the Depuy Defendants to respond to Plaintiff's Complaint while the parties participated and engaged in good faith efforts to resolve this matter as to Defendants DePuy without the need for further litigation.

**WHEREAS**, the Court granted DePuy Defendants [First] Stipulated Motion to Extend Time on January 25, 2021, via Minute Order DOC 18, thereby requiring DePuy Defendants to file their response to Plaintiff's Complaint by February 24, 2021;

**WHEREAS,** the Parties continue to participate and engage in good faith efforts to resolve this matter against the DePuy Defendants without the need for further litigation and thereby jointly seek a second extension of time from this Court for DePuy Defendants to answer or otherwise respond to Plaintiff's Complaint.  If the Parties cannot reach a resolution, and for good cause hereby appearing, the Parties agree and stipulate to an additional thirty (30) days of time for DePuy Defendants to answer or otherwise respond to Plaintiff's Complaint, thereby making the responsive pleading due by March 26, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and DePuy Defendants, by and through their respective counsel, and the Court is respectfully requested to order that:

DePuy Defendants may have an extension of thirty (30) days from February 24, 2021 to file a response to Plaintiff's Complaint. DePuy Defendants must file their responsive pleading by March 26, 2021.

| | |
|---|---|
| DATED this 22nd day of February 2021 | DATED this 22nd day of February 2021 |
| BERTOLDO BAKER CARTER & SMITH | KAEMPFER CROWELL |
| */s/ Lindsay K. Cullen*<br>LINDSAY K. CULLEN, ESQ.<br>Nevada Bar No. 12364<br>BRETT A. CARTER, ESQ.<br>Nevada Bar No. 5904<br>7408 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Attorneys for Plaintiff | */s/ Robert McCoy*<br>ROBERT MCCOY, ESQ.<br>Nevada Bar No. 009121<br>SIHOMARA L. GRAVES, ESQ.<br>Nevada Bar No. 13239<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, Nevada 89135-2958<br>Attorneys for Defendants, Depuy Synthes Sales, Inc. dba, Depuy Synthes Joint Reconstruction; Depuy Synthes Inc.; Johnson & Johnson, and DePuy Orthopaedics, Inc. |

## **ORDER**

**IT IS SO ORDERED**.

DATED this 23rd day of February, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

BERTOLDO BAKER CARTER & SMITH

*/s/Lindsay K. Cullen*
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Bertoldo Baker Carter & Smith, 7408 W. Sahara Ave., Las Vegas, Nevada 89117.

I HEREBY CERTIFY that on this 22nd day of February, 2021, I electronically filed the **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)** the Clerk of Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to all parties and counsel identified on the Court generated Electronic Filing System and via electronic mail to the following:

James F. Murdica
Erin M. Pauley
**BARNES & THORNBURG LLP**
One North Wacker Drive, Ste. 4400
Chicago, IL 60606
(312) 214-4598
jmurdica@btlaw.com
epauley@btlaw.com

Robert McCoy
Sihomara L. Graves
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
(702) 792-7000
rmccoy@kcnvlaw.com
sgraves@kcnvlaw.com
Attorneys for Defendants, Depuy Synthes Sales, Inc. dba, Depuy Synthes Joint Reconstruction;
Depuy Synthes Inc.;
Johnson & Johnson;
DePuy Orthopaedics, Inc.

Jay J. Schuttert
Justin S. Hepworth
**EVANS FEARS & SCHUTTERT, LLP**
6720 Via Austi Parkway, Ste. 300
Las Vegas, Nevada 89119
jschuttert@efstriallaw.com
jhepworth@efstriallaw.com
Attorneys for Defendant Howmedica Osteonics Corp

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 22nd day of February, 2021 at Las Vegas, Nevada.

                     <u>/s/ Dana K. Taylor</u>
                      An Employee of Bertoldo Baker Carter & Smith

**BERTOLDO BAKER CARTER & SMITH**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600 • Fax 702-228-2333