ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendant*
*AAP Implants, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD RONALD TUBIN,<br><br>            Plaintiff,<br><br>      v.<br><br>DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive,<br><br>            Defendants. | CASE NO. 2:20-cv-02347-APG-DJA |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

(SECOND REQUEST)

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff HOWARD RONALD TUBIN ("Tubin" or "Plaintiff"), by and through his counsel of record, Bertoldo Baker Carter & Smith, and Defendant, AAP IMPLANTS, INC. ("AAP" or "Defendant"), by and through its counsel of record, Greenberg Traurig, LLP, that the deadline within which

1

1  Defendant may file and serve a response to Plaintiff's operative Complaint is hereby
2  extended from February 25, 2021 to **March 29, 2021** so that the parties may assess whether
3  AAP is a properly named defendant in this action.

4        **IT IS SO STIPULATED AND AGREED**.

5  Dated this 25th day of February 2021.　　　　Dated this 25th day of February 2021.

6  BERTOLDO BAKER CARTER &　　　　　　GREENBERG TRAURIG, LLP
7  SMITH

8  By: */s/ Lindsay K. Cullen*　　　　　　　　By: */s/ Eric W. Swanis*
      LINDSAY K. CULLEN, ESQ.　　　　　　　　　ERIC W. SWANIS, ESQ.
9        Nevada Bar No. 12364　　　　　　　　　　　Nevada Bar No. 006840
      BRETT A. CARTER, ESQ.　　　　　　　　　　10845 Griffith Peak Drive
10       Nevada Bar No. 5904　　　　　　　　　　　Suite 600
      7408 West Sahara Avenue　　　　　　　　　Las Vegas, Nevada  89135
11       Las Vegas, Nevada  89117　　　　　　　　　Telephone: (702) 792-3773
      Telephone:  (702) 228-2600　　　　　　　　Facsimile:  (702) 792-9002
12       Facsimile:   (702) 228-2333　　　　　　　　swanise@gtlaw.com
13       Lindsay@NVLegalJustice.com　　　　　　　***Counsel for Defendant***
      Carter@NVLegalJustice.com　　　　　　　　***AAP Implants, Inc***.
14       ***Counsel for Plaintiff***
      ***Howard Ronald Tubin***

15

16　　　　　　　　　　　　　　　　**IT IS SO ORDERED.**

17

18

19　　　　　　　　　　　　　　　　_____
                DANIEL J. ALBREGTS
20                 UNITED STATES MAGISTRATE JUDGE

21                 DATED: February 26, 2021

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 25, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

LINDSAY K. CULLEN, ESQ.
Lindsay@NVLegalJustice.com
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Carter@NVLegalJustice.com
Nevada Bar No. 5904
BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue, Las Vegas, Nevada  89117
Telephone:  (702) 228-2600
***Counsel for Plaintiff***

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TAURIG, LLP