LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email address:
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD RONALD TUBIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02347-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT AAP IMPLANTS, INC., ONLY WITHOUT PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT AAP**

**IMPLANTS, INC., ONLY WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that named Defendant AAP IMPLANTS, INC., only, are dismissed *without* prejudice, each of the parties to bear their own costs and attorney fees, but that Plaintiff may subsequently seek leave from the

Court to bring AAP IMPLANTS, INC., back into the case should discovery later indicate that it is a necessary and proper party.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties hereto that the caption in this matter shall be amended to remove AAP IMPLANTS, INC., and to reflect the proper defendants.

DATED this 29th day of March 2021

**BERTOLDO BAKER CARTER & SMITH**

*/s/ Lindsay K. Cullen*
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff

DATED this 29th day of March 2021

**CRUMP & DEUTSCH, PLLC**

/s/ *Nicholas Deutsch*
NICHOLAS DEUTSCH, ESQ. *(Pro Hac Vice)*
2825 Wilcrest Drive, Ste. 216
Houston, Texas 77042

**EVANS FEARS & SCHUTTERT, LLP**
JAY J. SCHUTTERT, ESQ.
JUSTIN S. HEPWORTH, ESQ.
6720 Via Austi Parkway, Ste. 300
Las Vegas, Nevada 89119

**SHOOK, HARDY & BACON, L.L.P.**
BENJAMIN WALTHER, ESQ. *(Pro Hac Vice)*
RYAN KILLIAN, ESQ. *(Pro Hac Vice)*
600 Travis, Suite 3400
Houston, Texas 77002

DATED this 29th day of March 2021

**GREENBERG TAURIG, LLP**

*Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Attorneys for Defendant, AAP Implants, Inc.

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

**SHOOK, HARDY & BACON, L.L.P.**
MATTHEW BERNSTEIN, ESQ. *(Pro Hac Vice)*
Citigroup Center
201 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131

Attorneys for Defendant, Howmedica Osteonics Corp

## ORDER

**IT IS SO ORDERED.**

DATED this  29th  day of March 2021.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:

BERTOLDO BAKER CARTER & SMITH

*/s/Lindsay K. Cullen*
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
7408 W. Sahara Avenue
Las Vegas, NV  89117
Attorneys for Plaintiff

**BERTOLDO BAKER CARTER & SMITH**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333