**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
**BERTOLDO BAKER CARTER & SMITH**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD RONALD TUBIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02347-APG-DJA<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>*(Fifth Request)* |

Plaintiff HOWARD TUBIN, by and through his attorneys of record, Lindsay K. Cullen, Esq., and Brett A. Carter, Esq., of BERTOLDO, BAKER, CARTER AND SMITH, and Defendants, DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; and DEPUY ORTHOPAEDICS, INC. (collectively, "DePuy Defendants"), through their counsel, BARNES & THORNBURG LLP and

Page 1 of 3

KAEMPFER CROWELL, and states that they met and conferred to discuss the pending dispute and hereby stipulates as follows:

**WHEREAS**, on or around December 31, 2020, Plaintiff commenced this action by filing a First Amended Complaint as ECF 4 in the United States District Court for the District of Nevada, *Howard Ronald Tubin v. DePuy Synthes Sales, Inc., et al.*, 2:20-cv-02347-APG-DJA;

**WHEREAS**, DePuy Defendants responsive pleadings was due to Plaintiff's Complaint on or before January 25, 2021;

**WHEREAS**, on January 22, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 14 extending the answer/responsive pleading deadline to February 24, 2021 (*First Request)*.

**WHEREAS**, on February 22, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 33 extending the answer/responsive pleading deadline to March 26, 2021 (*Second Request)*.

**WHEREAS**, on March 26, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 48 extending the answer/responsive pleading deadline to May 25, 2021 (*Third Request)*.

**WHEREAS**, on May 25, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 52 extending the answer/responsive pleading deadline to July 25, 2021 (*Fourth Request)*.

**WHEREAS**, the Parties, by counsel, have and continue to participate and engage in good faith efforts to resolve this matter without the need for further litigation, hereby believing that they can reach a resolution, and for good cause hereby appearing, the Parties agree and stipulate to extend the time for DePuy Defendants to answer or otherwise respond to Plaintiff's Complaint for forty-five (45) days.

///

///

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and DePuy Defendants, by and through their respective counsel, and the Court is respectfully requested to order that:

DePuy Defendants may have an extension of forty-five (45) days from July 25, 2021 to file a response to Plaintiff's Complaint. DePuy Defendants must file their responsive pleading by **September 8, 2021.**

Dated this 26th day of July 2021.

| | |
|---|---|
| **BERTOLDO BAKER CARTER & SMITH** | **KAEMPFER CROWELL** |
| */s/ Paul R. M. Cullen* | */s/ Robert McCoy* |
| LINDSAY K. CULLEN, ESQ. | ROBERT MCCOY, ESQ. |
| Nevada Bar No. 12364 | Nevada Bar No. 009121 |
| BRETT A. CARTER, ESQ. | 1980 Festival Plaza Drive, Suite 650 |
| Nevada Bar No. 5904 | Las Vegas, NV 89135-2958 |
| PAUL R.M. CULLEN, ESQ. | *Attorneys for Defendants, Depuy Synthes Sales, Inc. dba, Depuy Synthes Joint Reconstruction; Depuy Synthes Inc.; Johnson & Johnson, and DePuy Orthopaedics, Inc.* |
| Nevada Bar No. 12355 | |
| 7408 W. Sahara Avenue | |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiff Howard Tubin* | |

**IT IS SO ORDERED.**

DATED: July 28, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE