**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
**BERTOLDO BAKER CARTER & SMITH**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARD RONALD TUBIN, individually, | CASE NO.:  2:20-cv-02347-APG-DJA |
| Plaintiff, | **<u>STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>** |
| v. | ***(Sixth Request)*** |
| DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive, | |
| Defendants. | |

Plaintiff HOWARD TUBIN, by and through his attorneys of record, Lindsay K. Cullen, Esq.,

and Brett A. Carter, Esq., of BERTOLDO, BAKER, CARTER AND SMITH, and Defendants,

DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION;

DEPUY SYNTHES INC.; JOHNSON & JOHNSON; and DEPUY ORTHOPAEDICS, INC.

(collectively, "DePuy Defendants"), through their counsel, BARNES & THORNBURG LLP and

Page 1 of 4

*BERTOLDO BAKER CARTER & SMITH*
*7408 West Sahara Avenue*
*Las Vegas, Nevada 89117*
*702-228-2600• Fax 702-228-2333*

KAEMPFER CROWELL, and states that they met and conferred to discuss the pending dispute and hereby stipulates as follows:

**WHEREAS**, on or around December 31, 2020, Plaintiff commenced this action by filing a First Amended Complaint as ECF 4 in the United States District Court for the District of Nevada, *Howard Ronald Tubin v. DePuy Synthes Sales, Inc., et al.*, 2:20-cv-02347-APG-DJA;

**WHEREAS**, DePuy Defendants responsive pleadings was due to Plaintiff's Complaint on or before January 25, 2021;

**WHEREAS**, on January 22, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 14 extending the answer/responsive pleading deadline to February 24, 2021 (*First Request*).

**WHEREAS**, on February 22, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 33 extending the answer/responsive pleading deadline to March 26, 2021 (*Second Request*).

**WHEREAS**, on March 26, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 48 extending the answer/responsive pleading deadline to May 25, 2021 (*Third Request*).

**WHEREAS**, on May 25, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 52 extending the answer/responsive pleading deadline to July 25, 2021 (*Fourth Request*).

**WHEREAS**, on July 26, 2021, the parties filed their Stipulated Motion to Extend Time to Respond to Complaint as ECF 54 extending the answer/responsive pleading deadline to September 7, 2021 (*Fifth Request*).

**WHEREAS**, the Parties, by counsel, have engaged in good faith efforts to resolve this matter without the need for further litigation, and are in the process of finalizing settlement documents and filings, and for good cause hereby appearing, the Parties agree and stipulate to extend the time for the Parties to finalize such settlement resolution documents for sixty (60) days.

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and DePuy Defendants, by and through their respective counsel, and the Court is respectfully requested to order that:

The Parties may have an extension of sixty (60) days from September 8, 2021 to finalize all settlement documents. Plaintiff and DePuy Defendants must complete and finalize such documents by **November 8, 2021**.

Dated this 8th day of September 2021.

**BERTOLDO BAKER CARTER & SMITH**

*/s/ Lindsay K. Cullen*
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
PAUL R.M. CULLEN, ESQ.
Nevada Bar No. 12355
7408 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*
*Howard Tubin*

**KAEMPFER CROWELL**

*/s/ Robert McCoy*
ROBERT MCCOY, ESQ.
Nevada Bar No. 009121
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
*Attorneys for Defendants, Depuy Synthes Sales, Inc. dba, Depuy Synthes Joint Reconstruction; Depuy Synthes Inc.; Johnson & Johnson, and DePuy Orthopaedics, Inc.*

**ORDER**

**IT IS SO ORDERED**.

DATED this ___9th___ day of September 2021.

_____
Daniel J. Albregts
United States Magistrate Judge

Prepared and Submitted by:

**BERTOLDO BAKER CARTER & SMITH**

*/s/ Lindsay K. Cullen*
**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
7408 W. Sahara Avenue
Las Vegas, NV  89117
Attorneys for Plaintiff

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September 2021, I electronically filed the

**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (SIXTH**

**REQUEST)** the Clerk of Court using the CM/ECF system for filing and transmittal of Notice of

Electronic Filing to all parties and counsel identified on the Court generated Electronic Filing

System and via electronic mail to the following:

| | |
|---|---|
| James F. Murdica<br>Erin M. Pauley<br>**BARNES & THORNBURG LLP**<br>One North Wacker Drive, Ste. 4400<br>Chicago, IL 60606<br>(312) 214-4598<br>jmurdica@btlaw.com<br>epauley@btlaw.com<br><br>Robert McCoy<br>Sihomara L. Graves<br>**KAEMPFER CROWELL**<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135-2958<br>(702) 792-7000<br>rmccoy@kcnvlaw.com<br>sgraves@kcnvlaw.com<br>Attorneys for Defendants, Depuy<br>Synthes Sales, Inc. dba, Depuy<br>Synthes Joint Reconstruction;<br>Depuy Synthes Inc.;<br>Johnson & Johnson;<br>DePuy Orthopaedics, Inc. | Jay J. Schuttert<br>Justin S. Hepworth<br>**EVANS FEARS & SCHUTTERT,**<br>**LLP**<br>6720 Via Austi Parkway, Ste. 300<br>Las Vegas, Nevada 89119<br>jschuttert@efstriallaw.com<br>jhepworth@efstriallaw.com<br><br>Matthew Bernstein<br>Ryan Killian<br>Benjamin Walther<br>**SHOOK, HARDY & BACON,**<br>**L.L.P.**<br>600 Travis, Suite 3400<br>Houston, Texas 77002<br><br>Citigroup Center<br>201 South Biscayne Blvd., Ste. 3200<br>Miami, Florida 33131<br>mbernstein@shb.com<br>rkillian@shb.com<br>bwalther@shb.com<br><br>Nicholas Deutsch<br>**CRUMP & DEUTSCH, PLLC**<br>2825 Wilcrest Drive, Ste. 216<br>Houston, Texas 77042<br>ndeutsch@cdlawtx.com<br>Attorneys for Defendant Howmedica<br>Osteonics Corp |

*/s/ Rachel Douglas*
An Employee of Bertoldo Baker Carter & Smith

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333