**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
**BERTOLDO BAKER CARTER SMITH & CULLEN**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
Lindsay@NVLegalJustice.com
Carter@NVLegalJustice.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD RONALD TUBIN, individually, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY SYNTHES SALES, INC., d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY SYNTHES INC.; JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; STRYKER CORPORATION; HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP IMPLANTS, INC.; DOES 1 through 15, inclusive; and ROE BUSINESS ENTITIES 1 through 15, inclusive, <br><br> Defendants. | CASE NO.:  2:20-cv-02347-APG-DJA <br><br> **STIPULATION AND ORDER** <br> **FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party

///

///

///

///

Page 1 of 4

to bear their party's own costs and attorney's fees.

Dated this 30th day of November 2021.

**BERTOLDO BAKER CARTER SMITH & CULLEN**

*/s/ Lindsay K. Cullen*
**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
**PAUL R.M. CULLEN, ESQ**.
Nevada Bar No. 12355
7408 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff
Howard Tubin*

Dated this 30th day of November 2021

**CRUMP & DEUTSCH, PLLC**

/s/ *Nicholas Neutsch, Esq.*
**NICHOLAS DEUTSCH, ESQ**.
*(Pro Hac Vice)*
2825 Wilcrest Drive, Ste. 216
Houston, Texas 77042

**EVANS FEARS & SCHUTTERT, LLP**
JAY J. SCHUTTERT, ESQ.
JUSTIN S. HEPWORTH, ESQ.
6720 Via Austi Parkway, Ste. 300
Las Vegas, Nevada 89119

**SHOOK, HARDY & BACON, L.L.P.**
BENJAMIN WALTHER, ESQ. *(Pro Hac Vice)*
RYAN KILLIAN, ESQ. *(Pro Hac Vice)*
600 Travis, Suite 3400
Houston, Texas 77002

**SHOOK, HARDY & BACON, L.L.P.**
MATTHEW BERNSTEIN, ESQ. *(Pro Hac Vice)*
Citigroup Center
201 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131
*Attorneys for Defendant, Howmedica Osteonics Corp.*

Dated this 30th day of November 2021.

**KAEMPFER CROWELL**

*/s/Robert McCoy, Esq.*
**ROBERT MCCOY, ESQ.**
Nevada Bar No. 009121
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
*Attorneys for Defendants, Depuy Synthes Sales, Inc. dba, Depuy Synthes Joint Reconstruction; Depuy Synthes Inc.; Johnson & Johnson, and DePuy Orthopaedics, Inc.*

*Tubin v. Dupuy Synthes Sales, Inc. et al*
*Case No. 2:20-cv-02347-APG-DJA*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 1st day of December 2021.

_____
**U.S. DISTRICT COURT JUDGE**

Prepared and Submitted by:

**BERTOLDO BAKER CARTER SMITH & CULLEN**

*/s/ Lindsay K. Cullen, Esq.*
**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BRETT A. CARTER, ESQ.**
Nevada Bar No. 5904
7408 W. Sahara Avenue
Las Vegas, NV  89117
Attorneys for Plaintiff